I hereby consent to make a claim against Pine Ridge Assisted Living Center of Wisconsin Rapids, LLC, Pine Ridge Assisted Living Center of Colby, LLC, and Sandy Miller for overtime and/or minimum wage pay. If this case does not proceed collectively, I also consent to join any subsequent action to assert these claims against Pine Ridge Assisted Living Center of Wisconsin Rapids, LLC, Pine Ridge Assisted Living Center of Colby, LLC, and Sandy Miller. I hereby authorize the filing and prosecution of this Fair Labor Standards Act action in my name and on my behalf and designate Stina Denk as class representative to make decision on my behalf concerning this litigation, the method and manner of conducting this litigation, the entering of any agreement between Plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit. During the past three years there were times that I worked more than forty (40) hours per week and did not receive overtime compensation and/or the minimum wage.

DATE 3/30/11

Signature *[signed]*

Print Name Katie Harris