UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **STINA DENK**<br>on behalf of herself and all<br>others similarly situated,<br><br>                    **Plaintiffs,**<br><br>v.<br><br>**PINE RIDGE ASSISTED LIVING CENTER<br>OF WISCONSIN RAPIDS LLC,**<br>a Domestic Corporation, and<br><br>**PINE RIDGE ASSISTED LIVING CENTER<br>OF COLBY LLC,**<br>a Domestic Corporation, and<br><br>**SANDY MILLER,**<br><br>                    **Defendants.** | **CASE NO. 11-CV-210**<br><br><br>**COLLECTIVE AND CLASS<br>ACTION COMPLAINT**<br><br><br><br><br>**JURY TRIAL DEMANDED** |

I HEREBY CERTIFY that a true and correct copy of the foregoing document was filed using the CM/ECF system on the 31st day of March 2011, which I understand has sent a copy of same to all counsel of record as follows:

Pine Ridge Assisted Living Center of Wisconsin Rapids, LLC
c/o Fred O. Miller
491 N. 25th Street
Wisconsin Rapids, WI 54494

Pine Ridge Assisted Living Center of Colby, LLC
c/o Fred O. Miller
491 N. 25th Street
Wisconsin Rapids, WI 54494

Sandy Miller
N15250 23RD AVE N
NEKOOSA, WI 54457-9442

                                        s/LARRY JOHNSON
                                        Larry A. Johnson