IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| STINA DENK, on behalf of herself and all others similarly situated,<br><br>          Plaintiff,<br><br>      v.<br><br>PINE RIDGE ASSISTED LIVING CENTER OF WISCONSIN RAPIDS LLC, a domestic corporation, PINE RIDGE ASSISTED LIVING CENTER OF COLBY LLC, a domestic corporation and SANDY MILLER,<br><br>          Defendant. | ORDER GRANTING CONDITIONAL CERTIFICATION OF PLAINTIFF'S FAIR LABOR STANDARDS ACT CLAIMS AS A COLLECTIVE ACTION<br><br>Case No. 11-cv-210-wmc |

IT IS ORDERED that, effective May 27, 2011, Plaintiff Stina Denk's Fair Labor Standards Act action be conditionally certified as a collective action and that the certified class is defined as "All persons who are or have been employed by Defendants as an hourly employee within three years of March 22, 2011, who were not paid overtime for time worked over forty hours in a workweek and/or eight hours in a workday."

IT IS FURTHER ORDERED that, Plaintiff's counsel is appointed Collective Action Counsel;

IT IS FURTHER ORDERED that Defendants will provide Plaintiff's Counsel with a Microsoft Excel spreadsheet on or before June 8, 2011 containing the class list meeting the definition of the class above, with the following items in separate columns: first name,

last name last known street address, last known city, last known state, last known zip code, last known phone number, last four digits of the social security number;

IT IS FURTHER ORDERED that, Plaintiff's Counsel shall mail to each class member a notice of Lawsuit and Consent to Become a Party Plaintiff, the Parties shall submit an agreed upon Notice of Lawsuit to the Court by June 3, 2011, and should the Parties be unable to agree to the form and content of the Notice of Lawsuit, the Parties shall submit their proposed notices and a brief not to exceed four pages pertaining to the form and content of the notice;

IT IS FURTHER ORDERED that, the class members have seventy days from the Court's order approving the Notice of Lawsuit to cause to be filed their Consent to Become a Party Plaintiff forms.

Entered this 31st day of May, 2011.

BY THE COURT:

_____
WILLIAM M. CONLEY
District Judge